# Exhibit A

**KATINA DAVIS, ET AL. V. COUNTY OF NAPA**

**OPT-IN CONSENT**

I, Katina Davis, was/am employed by the County of Napa in the position of Correctional Officer.  I do hereby consent to join the above-noted action and authorize Weinberg, Roger and Rosenfeld, A.P.C. to pursue any claims I may have for failure to pay wages and/or overtime in accordance with the requirements of the Fair Labor Standards Act ("FLSA") against the County of Napa for work I performed as a Correctional Officer, including such litigation as may be necessary.

Dated: _6/14/21_____

_Katina R Davis_____
(Signature)

_Katina R Davis_____
(Print Name)

147771\1157659

## KATINA DAVIS, ET AL. V. COUNTY OF NAPA

## OPT-IN CONSENT

I, Jae Steward, was/am employed by the County of Napa in the position of Correctional Officer. I do hereby consent to join the above-noted action and authorize Weinberg, Roger and Rosenfeld, A.P.C. to pursue any claims I may have for failure to pay wages and/or overtime in accordance with the requirements of the Fair Labor Standards Act ("FLSA") against the County of Napa for work I performed as a Correctional Officer, including such litigation as may be necessary.

Dated: 6/12/2021

_____
(Signature)

JAE W. STEWARD
(Print Name)

147771\1157662